IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| B.D. McCLURE AND ASSOCIATES, LTD., | ) | |
| an Illinois corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: 1:14-cv-09718 |
| | ) | |
| MEADOWBROOK INSURANCE GROUP, INC., | ) | Honorable John Z. Lee |
| a Michigan corporation; | ) | |
| CENTURY SURETY COMPANY, | ) | |
| an Ohio corporation; | ) | |
| STAR INSURANCE COMPANY, | ) | |
| a Michigan insurance company; and | ) | |
| WILLIAMSBURG NATIONAL INSURANCE | ) | |
| COMPANY, a Michigan insurance company, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT INITIAL STATUS REPORT

I.      Nature of the Case

    A.      Attorneys of Record

        Plaintiff: Thomas A. Zimmerman, Jr. (Lead Attorney); Adam M. Tamburelli; Alvin R. Becker.

        Defendant: John M. Coleman (Lead Attorney); John M. O'Halloran; Matthew R. Heimlich.

    B.      Federal Jurisdiction

        28 U.S.C. § 1441; Diversity of Citizenship.

    C.      Plaintiff seeks Declaratory Judgment alleging existence of insurance.  There are no counterclaims pending or expected based upon facts presently known.

    D.      Major Legal Issues include elements of agency between Earl O'Garro, Jr. and/or Hybrid Insurance Agency, LLC and named defendants; and elements of agency between Earl O'Garro, Jr. and/or Hybrid Insurance Agency, LLC and BD

McClure and Associates, Brian McClure and related companies. Major Factual Issues include prior management and insurance related services provided by plaintiff to taxi cab association affiliate clientele program including but not limited to interactions between Earl O'Garro, Jr. and/or Hybrid Insurance Agency, LLC and BD McClure and Associates, Brian McClure and related companies; prior and subsequent worker's compensation insurance carrier, claims history of program participants and historical relationship with insurers; and interactions between Earl O'Garro, Jr. and/or Hybrid Insurance Agency, LLC and named defendants, and between the defendants themselves, relative to the procurement of insurance and the receipt of premium money.

E. Plaintiff seeks declaration of worker's compensation insurance from January 1, 2012 to March 7, 2012.

II. Pending Motions and Case Plan

A. Initial Status Hearing: Thursday, January 29, 2015, at 9:00 a.m.

B. There are currently no motions pending.

C. Necessary Discovery will include:

1. Production of documents and records prepared and retained by the parties and their employees and/or agents, whether in native or ESI format, regarding the history of the relationships, and the financial records of the parties, including bank records and premium disbursements. Depositions will include parties, employees and agents expected in Illinois, Michigan, Ohio and Connecticut.

2. Rule 26(a)(1) disclosures: February 20, 2015.

3. Issue Written Discovery: March 6, 2015.

4. Fact Discovery Completion: August 14, 2015.

5. The parties do not know if expert witnesses will be necessary and will be determined by discovery, and respectfully ask this court to defer deadlines on this issue.

6. The parties do not know if dispositive motions will be necessary and will be determined by discovery, and respectfully ask this court to defer deadlines on this issue.

    D.    Trial

        1.    Jury Trial Requested

        2.    Probable length of trial:  Five (5) days.

III.    The parties do not unanimously consent to proceed before a Magistrate Judge.

IV.    Status of Settlement Discussions

    A.    Settlement discussions have occurred only to the extent that plaintiff has requested that defendants agree to issue a policy of worker's compensation insurance for taxi cab association affiliate clientele for January 1, 2012 to March 7, 2012.

    B.    Defendants have rejected plaintiff's proposal.

    C.    No Settlement Conference is requested at this time.

 

Plaintiff B. D. McCLURE AND ASSOCIATES, LTD.,


By:    s/Thomas A. Zimmerman, Jr.
        Thomas A. Zimmerman, Jr. (IL #6231944)
        Adam M. Tamburelli (IL #6292017)
        ZIMMERMAN LAW OFFICES, P.C.
        77 West Washington Street, Suite 1220
        Chicago, Illinois 60602
        (312) 440-0020 telephone
        (312) 440-4180 facsimile
        www.attorneyzim.com

Counsel for the Plaintiff

## CERTIFICATE OF SERVICE

Thomas A. Zimmerman, Jr., an attorney, hereby certifies that he caused the above and foregoing *Joint Initial Status Report* to be served upon counsel of record in this case via the U.S. District Court CM/ECF System, on this day January 26, 2015.


 s/ Thomas A. Zimmerman, Jr.